UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIVEDITA KULKARNI,

                      Plaintiff,

-against-

HORIZON THERAPEUTICS PLC; HORIZON PHARMA GMBH; HORIZON PHARMA AG,

                      Defendants.

22 Civ. 5740 (PAE)

ORDER OF SERVICE

---

PAUL A. ENGELMAYER, United States District Judge:

    Plaintiff Nivedita Kulkarni ("Kulkarni") brings this *pro se* action, for which the filing fee has been paid, under the Court's diversity jurisdiction.

    The Clerk of Court is directed to issue summonses as to defendants: (1) Horizon Therapeutics PLC; (2) Horizon Pharma Switzerland Gmbh; and (3) Horizon Pharma AG. Plaintiff is directed to serve the summonses and complaints on defendants within 90 days of the issuance of the summons. If within those 90 days, Kulkarni has not either served defendants or requested an extension of time to do so, the Court may dismiss the claims without prejudice against defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    SO ORDERED.

Dated:    August 1, 2022
             New York, New York

                                                          *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge