```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIVEDITA KULKARNI,

                Plaintiff,

-against-

HORIZON THERAPEUTICS PLC, et al.,

                Defendants.

22-CV-5740 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff, who is proceeding *pro se*, has filed an Amended Complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1). (Dkt. 15.) Plaintiff also filed a letter informing the Court that she wishes to remove certain entities as defendants. (Dkt. 16.) The Amended Complaint does not name these entities. Consequently, plaintiff need take no further action to remove them as defendants.

    Plaintiff is reminded that, although she has served the remaining defendants with a summons and the original Complaint, she must now serve her Amended Complaint on these defendants in accordance with Fed. R. Civ. P. 5(a)(1)(B) and 5(b). Plaintiff must promptly file a letter with the Court stating the date and means by which she served the Amended Complaint on the remaining defendants.

Dated: November 9, 2022
       New York, NY

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**